**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grace P. Thompson,<br><br>Plaintiff,<br><br>v.<br><br>Painted Desert Demonstration Project, et al.,<br><br>Defendants. | No. CV13-8289 PCT DGC<br><br>**ORDER** |

Pro se Plaintiff Grace P. Thompson has filed a "Motion and Notice of Motion for Restraining Order." Doc. 11. The Court construes Plaintiff's motion as a request for a temporary restraining order ("TRO") under Rule 65 of the Federal Rules of Civil Procedure. Defendants have filed a response. Doc. 14. For the reasons that follow, the Court will deny the motion.

To obtain a TRO, Plaintiff must show that she is likely to succeed on the merits of this case, that she is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in her favor, and that a TRO is in the public interest. *Winter v. Natural Res. Def. Council*, 555 U.S. 7, 129 S.Ct. 365, 374 (2008).

Plaintiff does not address these requirements. Indeed, Plaintiff does not seek a TRO with respect to any claim asserted in her lawsuit. *See* Doc. 1. Rather, Plaintiff asks the Court to restrain Defendants from communicating with or sending gifts to her. Because that request does not concern any claim in this case, and Plaintiff has not addressed the elements for a TRO, her motion will be denied. The Court notes, however, that Defendants' response states that they agree not to send any additional

correspondence to Plaintiff.  Doc. 14 at 2.  Defense counsel, of course, may communicate with Plaintiff regarding this lawsuit.

Plaintiff also asks that all proceedings in this case be held in Prescott.  The Court advises the parties that the federal courthouse in Prescott has been closed and that all proceedings in this case shall occur at the federal courthouse in Phoenix.

**IT IS ORDERED** that Plaintiff's motion for restraining order (Doc. 11) is **denied**.

Dated this 6th day of February, 2014.

David G. Campbell
United States District Judge